COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Margaret Doucette, as Representative of the Estate of David
                         Doucette

Appellate case number:   01-14-00921-CV

Trial court case number: 2013-01801

Trial court:             125th District Court of Harris County

On July 24, 2015, this Court was notified by letter that the parties had reached a resolution and were in the process of preparing a settlement agreement and appropriate dismissal documents. No motion to dismiss has been received. Accordingly, we issue the following order.

We order the parties to file a status report on or before October 5, 2015, advising the Court whether this proceeding is now moot.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☒ Acting individually     ☐ Acting for the Court


Date: September 24, 2015